904

No. 174, Misc.  McGann *v.* Taylor, Warden.  C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 181, Misc.  Lamos *v.* Sacks, Warden.  Supreme Court of Ohio.  Certiorari denied.  Petitioner *pro se. Mark McElroy,* Attorney General of Ohio, and *Aubrey A. Wendt,* Assistant Attorney General, for respondent.

No. 188, Misc.  Ross *v.* Pennsylvania.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 198, Misc.  Benavidez *v.* California.  Supreme Court of California.  Certiorari denied.  Petitioner *pro se.  Stanley Mosk,* Attorney General of California, and *John S. McInerny* and *Albert W. Harris, Jr.,* Deputy Attorneys General, for respondent.

No. 245, Misc.  Wagner *v.* United States.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

No. 313, Misc.  Hills *v.* Taylor, Warden.  C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 317, Misc.  Davis *v.* Montana.  Supreme Court of Montana.  Certiorari denied.  Petitioner *pro se.  Forrest H. Anderson,* Attorney General of Montana, and *M. James Sorte,* Assistant Attorney General, for respondent.